UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, IMMIGRANT DEFENSE PROJECT, POST-DEPORTATION HUMAN RIGHTS PROJECT, RACHEL ROSENBLOOM, <br><br>                    Plaintiffs, <br><br>         v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF STATE, <br><br>                    Defendants. | 11 Civ. 3235 (JSR) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Statement Pursuant to Local Rule 56.1 and accompanying exhibits, Plaintiffs National Immigration Project of The National Lawyers Guild, American Civil Liberties Union Foundation, Immigrant Defense Project, Post-Deportation Human Rights Project, and Rachel Rosenbloom, will move this Court before the Honorable Jed S. Rakoff, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, for an order granting partial summary judgment in favor of plaintiffs, pursuant to Federal Rule of Civil Procedure 56, and for such other relief as the Court deems just and proper.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule approved by the Court, Defendants' opposition to the Plaintiffs' motion must be filed by July 30, 2014 and argument will be heard at 4:00 P.M. on September 3, 2014.

Dated: July 16, 2014                    Respectfully submitted,
New York, New York

                                                      /s/ Nancy Morawetz
Nancy Morawetz, Esq. NM1193
Washington Square Legal Services, Inc.
245 Sullivan St., 5th Fl.
New York, NY 10012
212-998-6451
nancy.morawetz@nyu.edu
*Counsel for Plaintiffs*

Trina Realmuto, Esq. TR3684
Adrienne Darrow Boyd, Legal Intern
National Immigration Project of the
     National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108
617-227-9727 ext. 8
trina@nipnlg.org
*Counsel for Plaintiff National Immigration Project*

TO: Patricia L. Buchanan, AUSA
Shane Cargo, AUSA
USAO SDNY
Civil Division
(212) 637-3274
Patricia.Buchanan@usdoj.gov
Shane.Cargo@usdoj.gov

2